**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035

Special Assistant Attorneys General for
Defendants R. Vizina, and Dr. Bristol

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KENNETH MARVIN BELDEN, JR.,<br><br>                                  Plaintiff,<br><br>         v.<br><br>WARREN ROBERTS, R. VIZINA, DR. BRISTOL, DR. STRAUSS,<br><br>                                  Defendants. | Case No. 6:23-CV-00419-AR<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

Based upon the stipulation of the parties below, and it appearing to the court that the captioned matter has been fully compromised and settled, it is hereby

ORDERED and ADJUDGED that the captioned matter be dismissed with prejudice and without attorney fees or costs to the parties.

  Dated: April 15, 2026

_____
Jeff Armistead
United States Magistrate Judge

_____

PAGE 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**Submitted by:**

Beth F. Plass, OSB No. 122031
bplass@vickersplass.com
VICKERS PLASS, LLC
5200 SW Meadows Rd, Suite 150
Lake Oswego, OR  97035
503-726-5975
Special Assistant Attorneys General for
Defendants R. Vizina, and Dr. Bristol


**IT IS SO STIPULATED:**

Dated:  April 14, 2026.                              Dated:  April 14, 2026.

SNYDER, POST AND BURGESS                 DAN RAYFIELD ATTORNEY GENERAL FOR THE
                                                               STATE OF OREGON


_____s/John Burgess_____                     _s/Beth F. Plass_____
John Burgess, OSB No. 106498              Beth F. Plass, OSB No. 122031
Of Attorneys for Plaintiff                      Of Attorneys for Defendants R. Vizina, and
                                                               Dr. Bristol


                                                               Dated:  April 15, 2026.

                                                               FROHNMAYER, DETHERAGE, JAMIESON,
                                                               MOORE, ARMOSINO & MCGOVERN P.C.


                                                               _s/ Thomas F. Armosino_____
                                                               Thomas F. Armosino, OSB No. 911954
                                                               Of Attorneys for Defendants Warren Roberts


PAGE 2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE